UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARDEN PENINSULA FOUNDATION,
et al.,

    Plaintiffs,

v.

HERITAGE GARDEN WIND
FARM I, LLC, et al.,

    Defendants,
_____/

Case No. 2:15-cv-8

HONORABLE PAUL L. MALONEY

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.

Date:  July 28, 2017

      /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge